E-FILED
Tuesday, 28 February, 2006 04:37:29 PM
Clerk, U.S. District Court, ILCD

FILED
FEB 2 8 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | No. 05-10089 |
| TERRY R. BENNETT, | ) ) ) | |
| Defendant. | ) | |

### ORDER

On the motion of the Government the indictment is dismissed without prejudice.

ENTERED: 2/28/06

s/Michael M. Mihm
MICHAEL M. MIHM
UNITED STATES DISTRICT JUDGE